PROB 12A
(10/93)

# United States District Court
## for
## Western District of Washington



FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 18 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

### Report on Offender Under Supervision

**Name of Offender:** Michael Andrew Frizzell           **Case Number:** CR94-00008D
                                                                         CR94-00080D

**Name of Sentencing Judicial Officer:** The Honorable Carolyn R. Dimmick

**Date of Original Sentence:** 04/08/94           **Date of Report:** November 10, 1999

**Original Offense:** Bank Robbery, six counts, CR94-00008D
Bank Robbery, one count, CR94-00080D

**Original Sentence:** 71 months Cts. I-VI, CR94-00008D; 71 months Ct. II, CR94-0080D, all counts concurrent; 3 years supervised release

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 12/02/98

**Special Conditions Imposed:**

☒ Substance Abuse           ☒ Financial Disclosure           ☒ Restitution: $116,262

☒ Mental Health             ☐ Fine                           ☐ Community Service

☒ Other: Search; firearms

---

## NONCOMPLIANCE SUMMARY

The probation officer believes that Michael Andrew Frizzell has violated conditions of supervision by:
Violation
 Number     Nature of Noncompliance

   1.       Mr. Frizzell has violated condition of supervised release by consuming alcohol on October 22, 1999.

After much hesitation, Mr. Frizzell admitted consuming a minimum of four 16 ounce beers on October 22, 1999. Mr. Frizzell submitted a urinalysis test on October 23, 1999 which tested positive for alcohol. Mr. Frizzell signed a Drug Admission Form on November 9, 1999.

Mr. Frizzell is a self-admitted alcoholic since the age of 14, which raises great concern for this officer. Mr. Frizzell has also admitted alcohol consumption serves as a bridge for other drugs which is the nature of his bank robberies. Mr. Frizzell is willing to attend counseling which this officer is endorsing.

Report on Offender
Under Supervision

U.S. Probation Officer Action:

This officer is not requesting any action at this point in lieu of Mr. Frizzell's willingness to attend counseling. The violation cited in this report may be alleged in a violation proceeding at a later time in the event of further noncompliance.

Respectfully submitted,

*Connie Smith*
U.S. Probation Officer

APPROVED:
Robert B. Lee
Chief U. S. Probation Officer

BY: *Todd A. Sanders*
Todd A. Sanders
Supervising U.S. Probation Officer

CS/km
11/15/99

---

## THE COURT DIRECTS:

☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

11-18-99
Date